IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dustin Matthews,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>City of Tempe, et al.,<br><br>　　　　　Defendants. | NO. CV-22-00407-PHX-SPL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed October 18, 2023, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

October 18, 2023

　　　　　　　　　　　　　　　　　　s/ S. Ferdig
　　　　　　　　　　　　　　By　　Deputy Clerk